In the Matter of the Petition of WILLIAM S. RIORDAN to Prove the Last Will and Testament of HELEN M. RIORDAN, Late of the County of Kings, Deceased. WILLIAM S. RIORDAN, as Executor Named in the Last Will and Testament of HELEN M. RIORDAN, Deceased, Appellant; PATRICK J. O'RIORDAN and MARGARET E. BRITT, Respondents.— Decree of the Surrogate's Court of Kings county, entered on the verdict of a jury, denying probate to an alleged will dated August 19, 1936, in so far as appealed from, unanimously affirmed, with costs to the contestants, payable out of the estate. No opinion. Present — Lazansky, ·P. J., Davis, Johnston, Adel and Close, JJ.

CHARLES KRATZ, an Infant under Fourteen Years of Age, by KARL KRATZ, His Guardian ad Litem, and KARL KRATZ, Respondents, v. HENRI M. LANDMAN and BLEEKER SHOE CO., INC., Appellants.— In an action to recover for personal injuries sustained by the infant plaintiff, as a result of contact with an automobile owned by defendant Landman and operated by him on the corporate defendant's business, and for loss of services by the infant's father, judgment in favor of plaintiffs affirmed, with costs. No opinion. Davis, Adel and Close, JJ., concur; Lazansky, P. J., and Johnston, J., dissent and vote for reversal and a new trial on the ground that the verdict is against the weight of the evidence.